## 51839. HAYES v. THE STATE.

Stolz, Judge.

In this interlocutory appeal from the trial court's order overruling the defendant's motion to suppress evidence, the appellant has not followed the statutory procedure for pursuing an appeal. (Code Ann. § 6-701(a)(2) as amended Ga. L. 1975, pp. 757, 758). Therefore, this appeal is premature and must be dismissed. *Tingle v. Lokey & Bowden,* 137 Ga. App. 368 (223 SE2d 763).

*Appeal dismissed. Bell, C. J., and Clark, J., concur.*

Submitted February 2, 1976 — Decided April 5, 1976.

*Wynn Pelham,* for appellant.

*Bryant Huff, District Attorney, Dawson Jackson, Assistant District Attorney,* for appellee.